AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MICHAEL BURRISS,

      Petitioner,

**JUDGMENT IN A CIVIL CASE**

**v.**

CASE NUMBER:

    CV 425-313

LT CMDR NICOLE BOND,

      Respondent.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑   **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, in accordance with the Court's March 13, 2026 Order adopting the Magistrate Judge's Report and Recommendation, Burriss's Petition for Writ of Habeas Corpus is dismissed.  The Court discerns no Certificate of Appealability should issue, and Petitioner is denied in forma pauperis status on appeal.  This case stands closed.



| | |
|---|---|
| 3/13/2026 | John E. Triplett, Clerk of Court |
| Date | Clerk |
| | (By) Deputy Clerk |

GAS Rev 10/2020